```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DANIEL LAMARCO,

                Plaintiff,
                                                  O R D E R
        - against -
                                               19 Civ. 10834 (NRB)
UNITED STATES OF AMERICA, et al.,

                Defendants.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated April 30, 2020, May 4, 2020 and May 26, 2020, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.  The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of the defendants' motion to the filing of the defendants' reply.

Dated:   New York, New York
         July 7, 2020

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE