

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 21, 2020

**By ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

      Re:   *Lamarco v. United States, et al.*, 19 Civ. 10834 (NRB)

Dear Judge Buchwald:

      This Office represents Defendants in the above-captioned Federal Torts Claims Act ("FTCA") and *Bivens* matter. In connection with Defendants' motion to dismiss that will be filed today, Defendants will be filing Plaintiff's medical records and requests for medical care. These records include information pertaining to Plaintiff's medical condition, diagnoses, and treatment. With the consent of counsel for Plaintiff, we respectfully request the Court's leave to file these records under seal. In accordance with the Court's Individual Rules, I have contemporaneously filed a sealed copy of these documents.

      We thank the Court for its consideration of this letter.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:  /s/ Allison M. Rovner
     ALLISON M. ROVNER
     Assistant United States Attorney
     Telephone: (212) 637-2691
     Facsimile: (212) 637-2750

Application granted.
SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: August 25, 2020

cc:   Nicole Bellina, Esq. (by ECF)